IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. §§ 1716 *et seq.*, <br><br> Plaintiff, <br><br> v. <br><br> KENNETH J. WISNIEWSKI, an individual, LILLIAN F. WISNIEWSKI, an individual, and EAGLE HOMES, LLC, an Illinois limited liability company, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. FILED: APRIL 7, 2008 <br> 08CV1976　　TG <br> Hon.　JUDGE NORGLE <br> MAGISTRATE JUDGE SCHENKIER |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to FED. R. CIV. P. 7.1, Plaintiff Federal National Mortgage Association ("Fannie Mae") hereby discloses that it has no parent corporation and no publicly held corporation owns more than 10% of Fannie Mae's stock.

Dated: April 7, 2008

FEDERAL NATIONAL MORTGAGE ASSOCIATION


By: ___Michael S. Baig___
One of Its Attorneys

Jill Murch (Il Bar No. 6257217)
Michael Baig (Il Bar No. 6269355)
Joanne Lee (Il Bar No. 6283350)
FOLEY & LARDNER LLP
321 North Clark Street
Suite 2800
Chicago, Illinois 60610
Ph: (312) 832-4500
Fax: (312) 832-4700
jmurch@foley.com
mbaig@foley.com
jlee@foley.com

CHI2_1301116.1