IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Federal National Mortgage Association | | |
| vs. Kenneth J. Wisniewski, Lillian F. Wisniewski and Eagle Homes, LLC | | Case Number  08 CV 1976 |

## AFFIDAVIT OF SERVICE

I, Ronald Steffens, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 23 day of April, 2008, at 06:50 PM at 21735 West Bentwood, Lake Villa, IL 60046, did serve the following document(s):

**Summons and Complaint**

Upon:  **Eagle Homes, LLC c/o Kenneth Wisniewski, Registered Agent**

By:  ☑ Personally serving to:   Kenneth J. Wisniewski, Registered Agent

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 21735 West Bentwood, Lake Villa, IL 60046 on

Comments:   At the time of service a gentleman came to the door of 21735 and stated that the Wisniewski's resided next door at 21765. I went next door and the people at 21765 stated Wisniewski resided at 21735 and provided a description that matched who I was speaking to at 21735. I went back to 21735 W. Brentwood, Lake Villa, IL 60046 where the knocker on the door has Wisniewski on it and spoke to the gentleman who refused to provide any indentification. Therefore I left the documents and told him he was served.

Description: Sex **Male**   Race **White**   Approximate Age **60**
Height **5'10**   Weight **220**   Hair Color **Brown**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ronald Steffens
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. Section 1716, et seq.,

V.

KENNETH J. WISNIEWSKI, an individual,
LILLIAN F. WISNIEWSKI, an individual, and
EAGLE HOMES, LLC, an Illinois limited liability company,

CASE NUMBER: 08 CV 1976

ASSIGNED JUDGE: Judge Norgle

DESIGNATED MAGISTRATE JUDGE: Judge Schenkier

TO: (Name and address of Defendant)

EAGLE HOMES, LLC
c/o Registered Agent, Kenneth Wisniewski
303 Main Street, Suite 100
Antioch, IL 60002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jill L. Murch
Michael S. Baig
Joanne Lee
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 8, 2008

Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Federal National Mortgage Association | |
| vs. | |
| Kenneth J. Wisniewski, Lillian F. Wisniewski and Eagle Homes, LLC | Case Number  08 CV 1976 |

## AFFIDAVIT OF SERVICE

I, Ronald Steffens, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 23 day of April, 2008, at 06:50 PM at 21735 West Bentwood, Lake Villa, IL 60046, did serve the following document(s):

**Summons and Complaint**

Upon:  **Kenneth Wisniewski**

By:  ☑ Personally serving to:  Kenneth Wisniewski

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 21735 West Bentwood, Lake Villa, IL 60046 on

Comments:  At the time of service a gentleman came to the door of 21735 and stated that the Wisniewski's resided next door at 21765. I went next door and the people at 21765 stated Wisniewski resided at 21735 and provided a description that matched who I was speaking to at 21735. I went back to 21735 W. Brentwood, Lake Villa, IL 60046 where the knocker on the door has Wisniewski on it and spoke to the gentleman who refused to provide any indentification. Therefore I left the documents and told him he was served.

Description:  Sex **Male**   Race **White**   Approximate Age **60**
Height **5'10**   Weight **220**   Hair Color **Brown**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ronald Steffens
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. Section 1716, et seq.,

V.

KENNETH J. WISNIEWSKI, an individual, LILLIAN F. WISNIEWSKI, an individual, and EAGLE HOMES, LLC, an Illinois limited liability company,

CASE NUMBER: 08 CV 1976

ASSIGNED JUDGE: Judge Norgle

DESIGNATED MAGISTRATE JUDGE: Judge Schenkier

TO: (Name and address of Defendant)

KENNETH J. WISNIEWSKI
21735 West Brentwood
Lake Villa, IL 60046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jill L. Murch
Michael S. Baig
Joanne Lee
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 8, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Federal National Mortgage Association | |
| vs.  Kenneth J. Wisniewski, Lillian F. Wisniewski and Eagle Homes, LLC | Case Number   08 CV 1976 |

## AFFIDAVIT OF SERVICE

I, Ronald Steffens, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 23 day of April, 2008, at 06:50 PM at 21735 West Bentwood, Lake Villa, IL 60046, did serve the following document(s):

**Summons and Complaint**

Upon:   **Lillian F. Wisniewski**

By:   ☐ Personally serving to:

☑ leaving copies at the usual place of abode with:   Kenneth Wisniewski

a member of the household 13 years or upwards and informed that person of the contents thereof

☑ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

Lillian F. Wisniewski at 21735 West Bentwood, Lake Villa, IL 60046 on April 28, 2008

Comments:   At the time of service a gentleman came to the door of 21735 and stated that the Wisniewski's resided next door at 21765. I went next door and the people at 21765 stated Wisniewski resided at 21735 and provided a description that matched who I was speaking to at 21735. I went back to 21735 W. Brentwood, Lake Villa, IL 60046 where the knocker on the door has Wisniewski on it and spoke to the gentleman who refused to provide any indentification. Therefore I left the documents and told him he was served.

| Description: | Sex | **Male** | Race | **White** | Approximate Age | **60** |
|---|---|---|---|---|---|---|
| | Height | **5'10** | Weight | **220** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_____
Ronald Steffens
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, a corporation established
pursuant to 12 U.S.C. Section 1716, et seq.,

CASE NUMBER:   08 CV 1976

V.

ASSIGNED JUDGE:   Judge Norgle

KENNETH J. WISNIEWSKI, an individual,
LILLIAN F. WISNIEWSKI, an individual, and
EAGLE HOMES, LLC, an Illinois limited
liability company,

DESIGNATED
MAGISTRATE JUDGE:   Judge Schenkier

TO: (Name and address of Defendant)

LILLIAN F. WISNIEWSKI
21735 West Brentwood
Lake Villa, IL 60046

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jill L. Murch
Michael S. Baig
Joanne Lee
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**April 8, 2008**
Date

