IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. §§ 1716 *et seq.*,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KENNETH J. WISNIEWSKI, an individual, LILLIAN F. WISNIEWSKI, an individual, and EAGLE HOMES, LLC, an Illinois limited liability company,<br><br>　　　　Defendants. | Case No. 08 CV 1976<br><br>Hon. Judge Norgle |

## NOTICE OF FILING

TO:　Robert E. Richards
　　　Sonnenschein Nath & Rosenthal, LLP
　　　233 South Wacker Drive
　　　Suite 7800
　　　Chicago, IL 60606

　　　PLEASE TAKE NOTICE that on Monday, May 5, 2008, we filed with the Clerk of the Northern District of Illinois, the original **AFFIDAVITS OF SERVICE OF SUMMONS SERVED ON EAGLE HOMES, LLC, KENNETH WISNIEWSKI and LILLIAN WISNIEWSKI**, a copy of which is attached and served upon you.

Dated: May 5, 2008

　　　　　　　　　　　　　　　　　　　　FEDERAL NATIONAL MORTGAGE
　　　　　　　　　　　　　　　　　　　　ASSOCIATION


　　　　　　　　　　　　　　　　　　　　By:　____Michael S. Baig____
　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Jill Murch (Il Bar No. 6257217)
Michael Baig (Il Bar No. 6269355)
Joanne Lee (Il Bar No. 6283350)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Suite 2800
Chicago, Illinois 60610
Ph: (312) 832-4500

CHI2_1367725.1

Fax: (312) 832-4700

## CERTIFICATE OF SERVICE

I, Michael S. Baig, an attorney, hereby certify that on Monday, May 5, 2008 I caused true and correct copies of the **AFFIDAVITS OF SERVICE OF SUMMONS SERVED ON EAGLE HOMES, LLC, KENNETH WISNIEWSKI and LILLIAN WISNIEWSKI** to be served by depositing same in the U.S. mail, first class postage prepaid at 321 North Clark Street, Chicago, IL 60610 to the following attorney:

> Robert E. Richards
> Sonnenschein Nath & Rosenthal, LLP
> 233 South Wacker Drive
> Suite 7800
> Chicago, IL 60606

/s/ Michael S. Baig