# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. §§ 1716 *et seq.*, | ) ) ) ) | Case No. 08-1976 |
| Plaintiff, | ) ) | Honorable Charles R. Norgle |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| KENNETH J. WISNIEWSKI, an individual, LILLIAN F. WISNIEWSKI, an individual, and EAGLE HOMES, LLC, an Illinois limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS**

Defendants Kenneth J. Wisniewski ("Kenneth"), Lillian F. Wisniewski ("Lillian"), and Eagle Homes, LLC ("Eagle") (collectively "Defendants"), by and through their undersigned attorneys, respectfully moves this Court pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss Plaintiff Federal National Mortgage Association's ("Fannie Mae") Complaint for lack of subject matter jurisdiction. In support of this Motion, Defendants submit their Memorandum of Law in Support of Motion to Dismiss filed contemporaneously herewith.

\* \* \* \*

WHEREFORE, Defendants Kenneth J. Wisniewski, Lillian F. Wisniewski, and Eagle Homes, LLC respectfully requests that this Court enter an order: dismissing Plaintiff Federal National Mortgage Association's Complaint for lack of subject matter jurisdiction; awarding Defendants their costs, including attorneys' fees, incurred in defending this action; and such further relief as it deems necessary and proper.

Dated:  May 30, 2008                                Respectfully submitted,


                                                    /s/ Anthony T. Eliseuson
                                                    One of the attorneys for Defendants

Robert E. Richards (ARDC #6199138)
Anthony T. Eliseuson (ARDC #6277427)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
*Attorneys for Defendants Kenneth J. Wisniewski,*
*Lillian F. Wisniewski, and Eagle Homes, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. §§ 1716 *et seq.*, | ) ) ) ) | Case No. 08-1976 |
| Plaintiff, | ) ) | Honorable Charles R. Norgle |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| KENNETH J. WISNIEWSKI, an individual, LILLIAN F. WISNIEWSKI, an individual, and EAGLE HOMES, LLC, an Illinois limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT EAGLE HOMES, LLC
### LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois, Defendant Eagle Homes, LLC, by and through its counsel, Sonnenschein Nath & Rosenthal LLP, makes the following disclosures:

Eagle Homes, LLC is an Illinois limited liability company. Eagle Homes, LLC does not have any publicly held affiliates or members.

Dated: May 30, 2008    Respectfully submitted,

/s/ Anthony T. Eliseuson
One of the attorneys for Defendants

Robert E. Richards (ARDC #6199138)
Anthony T. Eliseuson (ARDC #6277427)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
*Attorneys for Defendants Kenneth J. Wisniewski,
Lillian F. Wisniewski, and Eagle Homes, LLC*

## CERTIFICATE OF SERVICE

I, Anthony T. Eliseuson, an attorney, hereby certify that on May 30, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Michael Sharif Baig**
  mbaig@foley.com

- **Joanne Lee**
  jlee@foley.com

- **Jill L. Murch**
  jmurch@foley.com

/s/Anthony T. Eliseuson
Anthony T. Eliseuson