## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. §§ 1716 *et seq.*, | ) ) ) ) | Case No. 08-1976 |
| Plaintiff, | ) ) | Honorable Charles R. Norgle |
| v. | ) ) | Magistrate Judge Sidney I. Schenkier |
| KENNETH J. WISNIEWSKI, an individual, LILLIAN F. WISNIEWSKI, an individual, and EAGLE HOMES, LLC, an Illinois limited liability company, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on Friday June 13, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Charles R. Norgle, or any judge sitting in his stead, in courtroom 2341 in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **Defendants' Rule 12(b)(1) Motion to Dismiss,** copies of which have been served upon you.

Dated:  May 30, 2008                                    Respectfully submitted,


                                                        /s/ Anthony T. Eliseuson
                                                        One of the attorneys for Defendants

Robert E. Richards (ARDC #6199138)
Anthony T. Eliseuson (ARDC #6277427)
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (fax)
*Attorneys for Defendants Kenneth J. Wisniewski,
Lillian F. Wisniewski, and Eagle Homes, LLC*

## **CERTIFICATE OF SERVICE**

I, Anthony T. Eliseuson, an attorney, hereby certify that on May 30, 2008, I electronically filed the preceding with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

- **Michael Sharif Baig**
  mbaig@foley.com

- **Joanne Lee**
  jlee@foley.com

- **Jill L. Murch**
  jmurch@foley.com

/s/Anthony T. Eliseuson
Anthony T. Eliseuson