UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Federal National Mortgage Association
          Plaintiff,
v.              Case No.: 1:08–cv–01976
              Honorable Charles R. Norgle Sr.
Kenneth J. Wisniewski, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 16, 2008:

  MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion hearing held on 6/16/2008. Motion to dismiss [13] is taken under advisement. Status hearing is set for 7/25/2008 at 10:30 a.m. Mailed notice(ewf,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.