UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Federal National Mortgage Association
                             Plaintiff,

v.                                                     Case No.: 1:08–cv–01976
                                                     Honorable Charles R. Norgle Sr.

Kenneth J. Wisniewski, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr:Status hearing held on 7/25/2008. Plaintiff is granted leave to file an amended complaint within 14 days. Defendants are given 28 days to answer or otherwise plead to the amended complaint. Status hearing is continued to 11/7/2008 at 10:30 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.