Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1976 | DATE | 8/6/2008 |
| CASE TITLE | Federal Nat'l Mortgage Ass'n vs. Wisniewski, et al. | | |

**DOCKET ENTRY TEXT**

Motion by Defendants to dismiss for lack of jurisdiction [13] is denied as moot.

*[signature: Charles Norgle]*

■ [ For further details see text below.]

Docketing to mail notices.

**STATEMENT**

On April 7, 2008 Plaintiff Federal National Mortgage Association ("Fannie Mae") filed a Complaint against the Defendants alleging diversity jurisdiction. Fannie Mae, however, failed to allege the appropriate jurisdictional facts to support diversity jurisdiction in this Court. On May 30, 2008 the Defendants rightfully moved the Court to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1). The Court took the Defendants' motion under advisement and eventually granted Plaintiff leave to file an amended complaint. Fannie Mae filed its Amended Complaint on August 16, 2008. Upon review of the Amended Complaint, the Court finds that Fannie Mae has alleged sufficient facts to establish diversity among the parties. Defendants' initial motion to dismiss on jurisdictional grounds has therefore become moot. As previously ordered, the Defendants have until September 5, 2008 to answer or to otherwise plead to the Amended Complaint. IT IS SO ORDERED.

U.S. DISTRICT COURT
2008 AUG -8 AM 10:28
FILED