**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation established pursuant to 12 U.S.C. §§ 1716 *et seq.*, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 08 CV 1976 |
| KENNETH J. WISNIEWSKI, an individual; LILLIAN F. WISNIEWSKI, an individual; and EAGLE HOMES, LLC, an Illinois limited liability company, | ) ) ) ) ) | Hon. Charles R. Norgle |
| Defendants. | ) ) | |

**FINAL ORDER ENTERING SUMMARY JUDGMENT AGAINST KENNETH J.
WISNIEWSKI, LILLIAN F. WISNIEWSKI AND EAGLE HOMES, LLC**

This matter coming to be heard on Federal National Mortgage Association's ("Fannie Mae's") Motion for Summary Judgment against Kenneth J. Wisniewski, Lillian F. Wisniewski and Eagle Homes, LLC (collectively, the "Defendants"), and the Court being duly advised in the premises, and the Court having granted Fannie Mae's Motion for Summary Judgment by its order of October 5, 2009,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. This matter is reopened for the sole purpose of entering this Order;

2. Fannie Mae's Motion for Entry of a Final Order is granted;

3. The Defendants Kenneth J. Wisniewski, Lillian F. Wisniewski, and Eagle Homes, LLC, are jointly and severally liable in the amount of $2,236,172.80, plus post-judgment interest at the statutory rate; and

CHIC_4606309.1

4. This Order is a final decision within the meaning of 28 U.S.C. § 1291 and is effective immediately upon entry.

Dated: ENTERED:

_____
HONORABLE CHARLES R. NORGLE,
U.S. DISTRICT JUDGE

Prepared by:

Thomas C. Hardy (#6294305)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
(312) 832-4500