# CERTIFICATE OF SERVICE

I, Thomas C. Hardy, an attorney, certify that on January 20, 2010, I caused a copy of Fannie Mae's Motion for Entry of Final Judgment to be served via ECF on the following registered ECF users:

Adam Kingsley
Eiden & O'Donnell
230 Center Dr., Suite 102
Vernon Hills, IL 60061
*Counsel for Defendants*